## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

### Grand Jury Sworn in on November 15, 2007

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| | : | **GRAND JURY ORIGINAL** |
| | : | |
| **v.** | : | |
| | : | **VIOLATIONS:** |
| | : | |
| | : | **21 U.S.C. §963 and 959** |
| **JULIAN MONTOYA-VALENCIA,** | : | **(Conspiracy to Manufacture and** |
| | : | **Distribute Five Kilograms or More** |
| | : | **of Cocaine Intending and Knowing** |
| | : | **that the Cocaine Will Be Unlawfully** |
| | : | **Imported into the United States)** |
| **HUGO FERNANDO RODRIGUEZ,** | : | |
| **a/k/a "Niño,"** | : | **18 U.S.C. §2** |
| | : | **(Aiding and Abetting)** |
| | : | |
| | : | **21 U.S.C. §853** |
| **Defendants.** | : | **(Forfeiture Allegation)** |

## I N D I C T M E N T

### THE GRAND JURY CHARGES THAT:

### COUNT ONE

Between on or about July, 2006, the exact date being unknown to the Grand Jury, and continuing thereafter up to and including December 6, 2006, in the Republic of Colombia, Panama, Mexico, the United States and elsewhere, the defendants, **JULIAN MONTOYA-VALENCIA** and **HUGO FERNANDO RODRIGUEZ, a/k/a "Niño,"** did knowingly and

1

intentionally combine, conspire, confederate and agree, with others known and unknown to the

Grand Jury, including with co-conspirators not indicted herein, to commit the following offense

against the United States:  to knowingly and intentionally manufacture and distribute five

kilograms or more of a mixture and substance containing a detectable amount of cocaine, a

Schedule II controlled substance, intending and knowing that such substance would be

unlawfully imported into the United States, in violation of Title 21, United States Code, Sections

959 and 960.

All in violation of Title 21, United States Code, Sections 959, 963, and 960, and Title 18, United

States Code, Section 2.


## FORFEITURE ALLEGATION

The violations alleged in Counts One are realleged and incorporated by reference herein.

As a result of the offenses alleged in Counts One, the defendants named in Count One

shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853, any and

all respective right, title or interest which such defendants may have in (1) any and all money

and/or property constituting, or derived from, any proceeds which such defendants obtained,

directly or indirectly, as the result of the violations alleged in Count One of this Indictment; and

(2) any and all property used, in any manner or part, to commit, or to facilitate the commission

of, the violations alleged in Count One of this Indictment.

If any of said forfeitable property, as a result of any act or omission of the defendants - -

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

2

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without

difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p),

to seek forfeiture of any other property of the defendants up to the value of the property described

in paragraphs 1 and 2 above.

Criminal Forfeiture, in violation of Title 21, United States Code, Section 853.


A TRUE BILL:


_____

FOREPERSON.



Kenneth A. Blanco, Chief
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
Washington, D.C. 20530


By:   _____
Glenn C. Alexander, Trial Attorney
Kia M. Habisreitinger, Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
Washington, D.C. 20530
(202) 305-0524

3